No. 100, Misc. WEBER *v.* RAGEN, WARDEN. The petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit is dismissed. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. Petitioner *pro se.* *Ivan A. Elliott,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for respondent.

No. 9, Misc.    PERRY *v.* STEELE, WARDEN;
No. 13, Misc.    NELSON *v.* RAGEN, WARDEN;
No. 17, Misc.    HENDREN *v.* LAINSON, WARDEN;
No. 33, Misc.    RICHARDSON *v.* PENNSYLVANIA;
No. 65, Misc.    WILSON *v.* VICE, U. S. MARSHAL, ET AL.;
No. 83, Misc.    EX PARTE NEWSTEAD;
No. 104, Misc.    IN RE HOLMES; and
No. 122, Misc.    HATFIELD *v.* FRISBIE, WARDEN. The motions for leave to file petitions for writs of habeas corpus are denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of these applications.

No. 29, Misc.    SEREN *v.* RAGEN, WARDEN. Motion for leave to file petition for writ of certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.

No. 34, Misc.    SCHUBLE *v.* SWYGERT, U. S. DISTRICT JUDGE. The motion for leave to file petition for writ of mandamus is denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.

No. 39, Misc.    ILLINOIS EX REL. STERBA *v.* FULTON ET AL. The motion for leave to file petition for writ of mandamus and for other relief is denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.